**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JESSIE DE LEON, Individually and for Others Similarly Situated,<br><br>v.<br><br>NORTHERN NATURAL GAS COMPANY | Case No. 21-mc-0042 (WMW/ECW) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| JESSIE DE LEON, Individually and for Others Similarly Situated,<br><br>v.<br><br>NORTHERN NATURAL GAS COMPANY | Case No. 7:20-cv-00179-DC-RG<br><br>Jury Trial Demanded<br><br>FLSA Collective Action |

**PLAINTIFF'S LR 7.1(f) & LR 7.1 (h) CERTIFICATE OF COMPLIANCE RE: OPPOSITION TO MOTION TO QUASH**

I, Michele R. Fisher, certify that Plaintiff's Opposition to Merjent's Motion to Quash complies with Local Rules 7.1(f) and 7.1(h). I further certify that, in preparation of the above document, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations (excluding the caption ad signature block) in the following word count. I further certify that the length of the Memorandum is 1,204 words.

Dated: September 1, 2021
Respectfully submitted,

By: */s/ Michele R. Fisher*
**Michele R. Fisher**
Bar No. 303069
**NICHOLS KASTER, PLLP**
IDS Center, 80 South 8th Street
Suite 4700
Minneapolis, MN 55402
(612) 256-3229 (Telephone)
(612) 215-6870 (Fax)
fisher@nka.com

**Michael A Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap**
TX Bar No. 24078444
**Richard M. Schreiber***
TX Bar No. 24056278
**Rochelle D. Prins***
AZ Bar No. 031393
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza
Houston, Texas 77046
713.352.1100 (Telephone)
713.352.3300 (Fax)
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com
rprins@mybackwages.com
*pro hac vice application pending*

AND

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com
**ATTORNEYS FOR PLAINTIFFS**