## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSIE DE LEON, Individually and for Others Similarly Situated,<br><br>v.<br><br>NORTHERN NATURAL GAS COMPANY | Case No. 21-mc-0042 (WMW/ECW) |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JESSIE DE LEON, Individually and for Others Similarly Situated,<br><br>v.<br><br>NORTHERN NATURAL GAS COMPANY | Case No. 7:20-cv-00179-DC-RG<br><br>Jury Trial Demanded<br><br>FLSA Collective Action |

## DECLARATION OF MICHELE R. FISHER

I, Michele R. Fisher, hereby declare:

1. I am an attorney at the law firm of Nichols Kaster, PLLP. I am one of the attorneys who represents Plaintiff in the above-referenced matter.

2. The following are true and correct:

Exhibit 1    Ordering Denying Certification without Prejudice (Doc. 34)

Exhibit 2    Joint Scheduling Recommendations (Doc. 41)

Exhibit 3    Preliminary Discovery Control Plan (Doc. 42)

Exhibit 4    Extension of Deadlines (Doc. 47)

Exhibit 5    List of Vendors

Exhibit 6     Protective Order (Doc. 30)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2021               s/ *Michele R. Fisher*
                                       Michele R. Fisher